JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DENHAM,<br><br>       Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1 to 10, inclusive,<br><br>       Defendant. | Case No.: CV 15-5273-DMG (PLAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ENTIRE ACTION [20]**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Pursuant to the parties' Stipulation of Dismissal of Plaintiff's individual claims with Prejudice and the putative class claims without Prejudice, and good cause appearing, the above-captioned action is DISMISSED in its entirety in accordance with the stipulation.  All parties shall bear their own costs and attorneys' fees.  Defendant's motion to dismiss Plaintiff's complaint [Doc. # 17] is DENIED as moot.  The hearing on October 30, 2015 is VACATED.

   IT IS SO ORDERED.

DATED:  October 6, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE